840 P.2d 1024

HAVASU HEIGHTS RANCH and DE-VELOPMENT CORPORATION, an Indiana corporation, Plaintiff–Appellant,

v.

The STATE LAND DEPARTMENT of the State of Arizona and Robert K. Lane, State Land Commissioner, Defendants–Appellees.

No. 1 CA–CIV 9779.

Court of Appeals of Arizona, Division 1, Department A.

Nov. 18, 1988.

### ORDER

The motion for reconsideration filed by the appellees was considered by the court. The court has been informed by appellants that it will not file a response. The court finds that the motion is well taken. Therefore,

IT IS ORDERED that the clerk of this court is directed to strike from this court's opinion, [158 Ariz. 552, 764 P.2d 37,] the [last] full paragraph on page [558 of 158 Ariz., page 43 of 764 P.2d] beginning with the sentence "Secondly, the lease in *Alamo* did not contain a 'termination upon condemnation' provision" and ending with the sentence, "Thus, the state could *not* include such a provision in its lease with Alamo Cattle Co."